the Real Property Law.* (*Turner* v. *Howard*, 10 App. Div. 555.) Hirschberg, Thomas, Carr and Rich, JJ., concurred; Burr, J., not voting.

Francesco Lattanzio, Appellant, v. Salvatore Sarantonio, Respondent.— Judgment and order of the County Court of Queens county affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Carr and Rich, JJ., concurred; Burr, J., not voting.

Georgianna L. Le Baron, Appellant, v. Frances E. Barker, Respondent. — Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Mechanics Bank and Patrick H. Quinn, as Sheriff of the County of Kings, Respondents, v. Jocob Becker, Sometimes Known as Jacob Becker or Joe Becker, and Others, Defendants, Impleaded with Wolf Friedman, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Carr and Woodward, JJ., concurred; Burr, J., not voting.

Harvey Murdock, Appellant, v. Thomas L. Leeming and The Brooklyn Trust Company, as Executors, etc., of Leonard J. Busby, Deceased, Respondents, Impleaded with Melle G. Busby, and Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Hirschberg, Woodward and Rich, JJ., concurred; Burr, J., not voting.

Katherine O'Neill, an Infant, by John J. O'Neill, Her Guardian ad Litem, Respondent, v. Douglas F. Maltby and Peter Small, as Copartners Doing Business under the Firm Name and Style of Maltby & Small, Appellants.—Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ., concurred.

The People of the State of New York ex rel. C. Stewart Cavanagh, Appellant, v. Rhinelander Waldo, as Police Commissioner of the City of New York, and Others, Respondents.— Order affirmed, with ten dollars dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Carr and Woodward, JJ., concurred; Burr, J., not voting.

The People of the State of New York ex rel. Louis Flaxman, Appellant, v. Joseph P. Hennessy and Others, as and Composing the Board of Assessors of the City of New York, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Hirschberg, Woodward and Rich, JJ., concurred; Burr, J., not voting.

The People of the State of New York on Complaint of Albert V. Pitt, Respondent, v. John P. Koch and Michael Holmes, Appellants.— Order of the County Court of Kings county affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Carr and Woodward, JJ., concurred; Burr, J., not voting.

The People of the State of New York on Complaint of Owen Rooney, Respondent, v. John P. Koch, Appellant.— Order of the County Court of Kings county affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Carr and Woodward, JJ., concurred; Burr, J., not voting.

* See Consol. Laws, chap. 50 ; Laws of 1909, chap. 52.—[REP.